UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRUCE RAYMOND BRANDEL,

    Plaintiffs,

v.                               Case No. 6:23-cv-1757-PGB-EJK

THE FILTA GROUP INC,,
AND FRANCHISE BRANDS PLC,

    Defendants.         /

**PLAINTIFF'S NOTICE OF IMPENDING SETTLEMENT**

Plaintiff, BRUCE RAYMOND BRANDEL ("Plaintiff"), by and through his undersigned attorney, hereby provides notice to this Honorable Court pursuant to Local Rule 3.09 that the parties have agreed to all key terms of a settlement and they are in the process of being finalized. Local Rule 3.09(a) states that "The parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten." Both parties in the instant case have agreed to all key terms and are awaiting only the final draft of the proposed settlement.

Dated: January 29, 2025.                 Respectfully submitted,

                                                      */s/ Warren James Pearson*
                                                      **Warren James Pearson**
                                                      **Florida Bar No. 711578**
                                                      **Independent Co-Counsel**
                                                      Daniel H. Hunt

Florida Bar No. 121247<br>
11767 S. Dixie Hwy #407<br>
Pinecrest, FL 33156<br>
Phone: (305) 507-0511<br>
Warren@theMiamiShark.com<br>
warpear@gmail.com<br>
dhuntlaw@gmail.com<br>
stephanie@themiamishark.com<br>
nicole@themiamishark.com<br>
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2025, I electronically filed the foregoing electronic filing via electronic mail (e-mail) to the following service list:

By: _____
Warren J. Pearson, Esq.
Florida Bar No. 0711578

## SERVICE LIST

Carlos J. Burruezo
Burruezo & Burruezo, PLLC
5550 W. Executive Drive
Suite 250
Tampa, FL 33609
407-754-2904
Fax: 407-754-2905
Email: carlos@burruezolaw.com

Edson Jose Abadia Jr.
BURRUEZO & BURRUEZO, PLLC
911 Outer Rd.
Orlando, FL 32814-6653
407-754-2904
Email: edson@burruezolaw.com